UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:16-CR-00059(3)-ADA |
| | § | |
| (3) ROBERT CHALK | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  October 18, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (3) ROBERT CHALK, which alleged that Chalk violated a condition of his supervised release and recommended that Chalk 's supervised release be revoked (Clerk's Document No. 206).  A warrant issued and Chalk was arrested.  On November 13, 2023, Chalk appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Chalk appeared before the magistrate judge on December 19, 2023, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on December 20, 2023, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Chalk, the magistrate judge recommends that this court revoke Chalk supervised release and that Chalk be sentenced to imprisonment for Two (2) months with credit for time served, with a term of Twenty-Four (24) months of supervised release to follow the term of imprisonment (Clerk's Document No. 224). At the conclusion of the two (2) months in custody, the Defendant is **ORDERED** to attend in-patient treatment at the Christian Farms Treehouse facility. If a bed is unavailable, the Defendant is **ORDERED** to remain in custody until one becomes available.

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On December 19, 2023, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To

Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 223). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 224 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (3) ROBERT CHALK's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (3) ROBERT CHALK be imprisoned for Two (2) months with credit for time served, with a term of supervised release of Twenty-Four (24) months to follow the term of imprisonment. All prior conditions of supervised release are reimposed. At the conclusion of the two (2) months in custody, the Defendant is **ORDERED** to attend in-patient treatment at the Christian Farms Treehouse facility. If a bed is unavailable, the Defendant is **ORDERED** to remain in custody until one becomes available.

Signed this 21st day of December, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE